**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, NELSON CHILIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CHILIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES ANDREW FORGEY D/B/A THIRD STREET WINE SHOP; LINDA D. WILKINSON; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 5:23-cv-02170-SPG (SHKx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff NELSON CHILIN ("Plaintiff") and Defendant JAMES ANDREW FORGEY D/B/A THIRD STREET WINE SHOP stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety.  Each party shall bear his own costs and attorneys' fees.

Respectfully submitted,

DATED:  February 21, 2024     SO. CAL. EQUAL ACCESS GROUP

By:     /s/   Jason J. Kim
         Jason J. Kim
         Attorneys for Plaintiff

DATED:  February 24, 2024     LAW OFFICES OF THOMAS S. CARTER

By:     /s/ Thomas S. Carter
         THOMAS S. CARTER, ESQ.
         Attorneys for Defendant
         JAMES ANDREW FORGEY D/B/A THIRD STREET WINE SHOP

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  February 24, 2024          By: /s/ Jason J. Kim
                                        Jason J. Kim